■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM A. LOWELL, Appellant. [3 NYS3d 651]—

Lahtinen, J.P. Appeal from a judgment of the County Court of Schenectady County (Giardino, J.), rendered September 12, 2012, convicting defendant upon his plea of guilty of the crime of burglary in the second degree.

In satisfaction of an indictment containing 25 charges against him, defendant pleaded guilty to burglary in the second degree and waived his right to appeal. He was sentenced as a second felony offender to 6½ years in prison, to be followed by five years of postrelease supervision. Defendant appeals.

We affirm. Defendant's sole argument on appeal, that he was improperly sentenced as a second felony offender, survives his valid waiver of the right to appeal but is unpreserved due to his failure to object at sentencing (*see People v Walton*, 101 AD3d 1489, 1490 [2012], *lv denied* 20 NY3d 1105 [2013]; *People v Glynn*, 72 AD3d 1351, 1351-1352 [2010], *lv denied* 15 NY3d 773 [2010]). Moreover, reversal in the interest of justice is unwarranted under the circumstances presented herein (*see People v Wilkins*, 118 AD3d 1038, 1039 [2014], *lv denied* 24 NY3d 965 [2014]; *People v Walton*, 101 AD3d at 1490).

Garry, Lynch and Devine, JJ., concur. Ordered that the judgment is affirmed.